**O**

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVRIN HERNANDEZ, | CASE NO. CV 14-07471 SVW (DFM) |
| Petitioner, | |
| vs. | JUDGMENT |
| FRANCISCO J. QUINTANA, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of DEVRIN HERNANDEZ for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: September 1, 2015

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE